IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| A.A.R.P., *et al.*, on their own behalf and on behalf of all others similarly situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants.* | CIVIL ACTION NO. 1:25-cv-0059 |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

Upon consideration of Petitioners-Plaintiffs' Motion for a Temporary Restraining Order:

Having determined that Petitioners-Plaintiffs ("Petitioners") and the proposed class are likely to succeed on the merits of their claims that the Proclamation violates the Alien Enemies Act ("AEA"), 50 U.S.C. § 21 *et seq.*; that the AEA does not authorize Respondents-Defendants ("Respondents") to summarily remove them from the United States; that Respondents' actions implementing removals under the AEA violate due process, the Immigration and Nationality Act, and statutes providing protection for those seeking humanitarian relief; that in the absence of injunctive relief Petitioner and the proposed class will suffer irreparable injury in the form of unlawful removal that may be irreversible,; and that the balance of hardships and public interest favor temporary relief, it is, therefore,

**ORDERED** that Petitioners' Motion for a Temporary Restraining Order is hereby GRANTED without notice, due to the extreme speed at which removal from this District may occur and the irreparable consequences of the Court's potential loss of jurisdiction; that the proposed class is provisionally certified; and that Respondents (excluding the President with

1

respect to any injunctive relief), their agents, representatives, and all persons or entities acting in concert with them are hereby:

1. **ORDERED**, pending further order of this Court, not to remove Petitioners, or any members of the putative class, from the United States under the Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua";

2. **ORDERED**, pending further order of this Court, not to transfer Petitioners, or any members of the putative class, from the District without notice to counsel;

3. **ORDERED**, pending further order of this Court, to provide Petitioners and members of the putative class, as well as provisional class counsel, with notice of any designation as an Alien Enemy under the Proclamation, and at least 30 days' notice prior to any removal pursuant to the Proclamation;

4. **ORDERED**, pending further order of this Court, to provide provision class counsel with notice of the transfer of any individual designated an Alien Enemy under the Proclamation into the District.

It is further **ORDERED** that Petitioners shall not be required to furnish security for costs.

Entered on _____, of April 2025, at _____ a.m./p.m.

_____
United States District Court Judge