IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| A.A.R.P, *et al.*,<br><br>    *Petitioners–Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*;<br><br>    *Respondents–Defendants*. | Case No. 1:25-cv-0059 |

## PETITIONERS-PLAINTIFFS' MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL

Petitioners-Plaintiffs ("Petitioners") respectfully move this Court to waive the Local Rule 83.10(a) requirement to obtain local counsel residing in or having their principal office within 50 miles of the courthouse. Petitioners are filing an accompanying Memorandum of Law in support of this motion, as well as a Proposed Order for the Court.

Because good cause exists, Petitioners respectfully request that the Court enter an order waiving Local Rule 83.10(a)'s local counsel requirement.

Dated: April 16, 2025

Lee Gelernt*
Daniel Galindo*
Ashley Gorski*
Patrick Toomey*
Sidra Mahfooz*
Omar Jadwat*
Hina Shamsi*

Respectfully submitted,

/s/Brian Klosterboer
Brian Klosterboer
Tx Bar No. 24107833
Thomas Buser-Clancy*
TX Bar No. 24078344
Savannah Kumar*
TX Bar No. 24120098
Charelle Lett*
TX Bar No. 24138899

1

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 519-7871
E: lgelernt@aclu.org
E: dgalindo@aclu.org
E: agorski@aclu.org
E: ptoomey@aclu.org
E: smahfooz@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo*
Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (212) 519-7871
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org

Ashley Harris*
TX Bar No. 24123238
Adriana Piñon*
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclutx.org
apinon@aclutx.org




Attorneys for Petitioner-Plaintiff
*Pro hac vice applications forthcoming

## CERTIFICATE OF CONFERENCE

    I certify that pursuant to LR 7.1(a), Petitioners' counsel attempted to confer with counsel for Respondents prior to filing by emailing Chad E. Meacham, the United States Attorney for the Northern District of Texas, and seeking the government's position. Petitioners' counsel was not able to obtain a response prior to filing.

Dated: April 16, 2025

/s/ Brian Kosterboer
Brian Klosterboer
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
Bklosterboer@aclutx.org

*Attorney for Petitioners- Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record. I provided copies of the foregoing motion, declaration, and accompanying memorandum and proposed order via email to the U.S. Attorney's Office, Northern District of Texas to:

    United States Attorney's Office
    Northern District of Texas
    Chad Meacham
    Abilene Office
    325-271-6700
    500 Chestnut Street, Suite 601
    Abilene, TX 79602
    CMeacham@usa.doj.gov

Dated: April 16, 2025

                                              /s/ Brian Kosterboer
                                              Brian Klosterboer
                                              ACLU FOUNDATION OF TEXAS, INC.
                                              1018 Preston St.
                                              Houston, TX 77002
                                              (713) 942-8146
                                              Bklosterboer@aclutx.org

                                              *Attorney for Petitioners- Plaintiffs*