**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| A.A.R.P., *et al.*, | |
| | |
| *Petitioners–Plaintiffs*, | |
| v. | Case No. 1:25-cv-0059 |
| | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*; | |
| | |
| *Respondents–Defendants*. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS-PETITIONERS' MOTION TO
WAIVE LOCAL COUNSEL REQUIREMENT**

Before the Court is Plaintiffs-Petitioners' Motion to Waive Local Rule 83.10(a) Local

Counsel Requirement. Upon consideration of the motion, and for good cause shown, this Court

hereby **GRANTS** the Motion.

**IT IS SO ORDERED.**

Signed this ___ day or _____, 2025

_____
UNITED STATES DISTRICT JUDGE