# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

A.A.R.P., et al.,
Plaintiff

v.

1:25-cv-0059
Civil Action No.

TRUMP., et al.,
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

A.A.R.P. and W.M.M.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Not applicable

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

A.A.R.P., W.M.M., American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Texas.

| | |
|---|---|
| Date: | 04/16/2025 |
| Signature: | /s/ Brian Klosterboer |
| Print Name: | Brian Klosterboer |
| Bar Number: | 24107833 (TX) |
| Address: | 1018 Preston St. |
| City, State, Zip: | Houston, TX 77002 |
| Telephone: | (713) 942-8146 |
| Fax: | (713) 942-8966 |
| E-Mail: | bklosterboer@aclutx.org |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.