IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| A.A.R.P., on his own behalf and on behalf of all others similarly situated, et al., <br><br> *Plaintiffs–Petitioners*, <br><br> v. <br><br> TRUMP, et al. <br><br> *Defendants–Respondents*. | Case No. 1:25-cv-00059-H |

**DECLARATION OF BRIAN KLOSTERBOER**

I, Brian Klosterboer, hereby declare:

1. Pursuant to this Court's order dated April 16, 2025, ECF 8, copies of the documents filed on ECF at ECF 1 through 5, and the Court's order, ECF 8, have been served on the United States Attorney's Office for the Northern District of Texas by email to Chad Meacham, Acting United States Attorney for the Northern District of Texas. Assistant U.S. Attorney George M. Padis has confirmed receipt of the documents. ECF Nos. 1-5 were served via email at 2:22 AM on April 16, 2025.  This Court's order and another copy of ECF Nos. 1 through 5 were served via e-mail at 11:08 AM on April 16, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Houston , TX

Dated: April 16, 2025

/s/ *Brian Klosterboer*
BRIAN KLOSTERBOER