IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

_____

| | |
|---|---|
| A.A.R.P., on his own behalf and on behalf of all others similarly situated, et al.,<br><br>Petitioners–Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:25 -CV-059-H |

## NOTICE OF APPEARANCE

Assistant United States attorney George M. Padis and Ann Cruce-Haag notify the Court and the parties that we represent Defendants as counsel in this civil action.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES
ATTORNEY

*/s/ George M. Padis*
George M. Padis
Assistant United States Attorney
Texas Bar No. 24088173
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
214-659-8600
george.padis@usdoj.gov

Notice of Appearance – Page 1

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On April 16, 2025, I electronically filed the above Notice with the clerk of court for the U.S. District Court, Northern District of Texas. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ George M. Padis*
George M. Padis

**Notice of Appearance – Page 2**