IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| A.A.R.P., on his own behalf and on behalf of all others similarly situated, et al.,<br><br>    Petitioners–Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Civil Action No. 1:25 -CV-059-H |

## NOTICE OF APPEARANCE

The undersigned hereby enters an appearance as counsel for the Respondents.

Dated: April 16, 2025

                                                Respectfully Submitted,

                                                CHAD E. MEACHAM
                                                ACTING UNITED STATES ATTORNEY

                                                /s/ Ann E. Cruce-Haag
                                                ANN E. CRUCE-HAAG
                                                Assistant United States Attorney
                                                Texas Bar No. 24032102
                                                1205 Texas Avenue, Suite 700
                                                Lubbock, Texas 79401
                                                Telephone:  (806) 472-7351
                                                Facsimile:   (806) 472-7394
                                                Email: ann.haag@usdoj.gov

                                                *Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I certify that on April 16, 2025, a copy of the above was electronically filed with the Court's CM/ECF system and served on Defendant.

/s/ Ann E. Cruce-Haag
ANN E. CRUCE-HAAG
