UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| A.A.R.P., on his own behalf and on behalf of all others similarly situated, et al.,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Respondents-Defendants. | No. 1:25-CV-059-H |

### ORDER

Before the Court is the petitioners' motion for class certification and appointment of class counsel (Dkt. No. 3). The Court orders the respondents to respond to the motion by no later than Wednesday, April 23, 2025. The Court further orders the petitioners to file their reply by no later than Friday, April 25, 2025.

So ordered on April 18, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE