# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| A.A.R.P. et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00059-H |
| Trump, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trump, et al., Defendant                              .

Date: 04/18/2025

/s/ Nancy Safavi
*Attorney's signature*

NANCY N. SAFAVI TXBN: 24042342
*Printed name and bar number*

Special Litigation Team
Office of Immigration Litigation - GLA
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station, DC 20044
*Address*

Nancy.Safavi@usdoj.gov
*E-mail address*

(202) 514-9875
*Telephone number*

*FAX number*