UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| A.A.R.P., on his own behalf and on behalf of all others similarly situated, et al., <br><br>     Petitioners-Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>     Respondents-Defendants. | No. 1:25-CV-059-H |

## **ORDER**

Before the Court is the petitioners' renewed emergency motion for a temporary restraining order. Dkt. No. 30. The motion states that the petitioners "move to add F.G.M.[] as a named plaintiff." *Id.* at 3.

The request to add F.G.M. as a named plaintiff is denied without prejudice for failure to comply with Federal Rule of Civil Procedure 15. However, the petitioners may file an amended or supplemental petition in accordance with Rule 15 and this Court's Local Rules adding F.G.M. as a named plaintiff. In the alternative, F.G.M. may file his own habeas petition.

If the petitioners add F.G.M. as a new named plaintiff in the instant suit, the petitioners are advised that they must amend their motion for class certification (Dkt. No. 3) to address F.G.M.'s effect on class certification. The government's response to the motion for class certification will also be expected to address arguments regarding F.G.M. All deadlines regarding the briefing schedule on the motion for class certification (Dkt. No. 31) remain in effect.

– 2 –

So ordered on April 18, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE