Template Declaration

# DECLARATION OF INITIALS

1. My name is [Initials] RJRS. I am 33 years old and from Venezuela.

2. I have been in immigration detention since March 21, 2025. I am seeking asylum in immigration court. [I am represented by RAICES or ~~I do not have an immigration attorney~~].

3. I was previously detained at Alvarado located in Texas. However, on Tuesday, I was suddenly transferred.

   I arrived at the Bluebonnet Detention Center on Tuesday and have temporary protected status

4. Even though I am still in removal proceedings, and do not have a final order of removal, I believe the government is trying to deport me because I was told, when I asked why I was detained, it was because I was accused of being in a criminal organization. I am not, and I have no criminal record.

5. I received a document ~~on today~~. It is in English. It says I will be deported under the Alien Enemies Act. I refused to sign, but was told I would be deported whether or not I signed it.

6. The government has accused me of being a member of Tren de Aragua. I believe the government is accusing me of this because the notice I recieved today, one hour ago, names Tren de Aragua as the reason for my deportation. But this is false, I am not a part of Tren de Aragua, and I have been falsely acused.

RJRS

7. Yesterday, I saw them take people from various dorms who were given similar notices and then removed.

8. This morning, I saw ~~them~~ a large group of people from ICE arrive and give out these notices again. To around 30 people, including me.

9. I ask that I be properly allowed to pursue my applications for protection in the United States, where I would be safe from harm. I am afraid, especially because I have three kids here, in Dallas. I am afraid because I don't want them to be without me.

I swear under penalty of perjury that the foregoing declaration was read back to me in Spanish, and that it is true and correct to the best of my knowledge and recollection.

04/18/2025
Fecha



Firma

Nombre