# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| A.A.R.P., *et al.*, <br><br> *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants*. | Case No. 1:25-cv-59-H |

## [PROPOSED] ORDER GRANTING PLAINTIFFS-PETITIONERS' MOTION FOR LEAVE TO AMEND

Plaintiffs-Petitioners' unopposed Motion for Leave to Amend is GRANTED. The Court ORDERS that the exhibits shall be filed as the Amended Class Petition for Writ of Habeas Corpus and Complain for Declaratory and Injunctive Relief and the Amended Class Certification Motion.

Entered on _____, of April 2025, at _____ a.m./p.m.

_____
James Wesley Hendrix
United States District Court Judge