IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| A.A.R.P., W.M.M., and F.G.M., *et al.*,<br><br>   *Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   *Respondents–Defendants*. | Case No. 1:25-cv-59-H |

## NOTICE OF APPEAL OF TRO AND CLASS CERTIFICATION

PLEASE TAKE NOTICE that Petitioners hereby appeal to the United States Court of Appeal for the Fifth Circuit from the Court's April 17, 2025 Order denying Motion for Temporary Restraining Order (ECF No. 27), as well as the constructive denials of Petitioners' Motions for Class Certification (ECF Nos. 27, 31) and Renewed Motion for Temporary Restraining Order (ECF No. 30). Petitioners intend to file Petitioners' Opposed Emergency Motion for a Temporary Administrative Injunction and an Injunction Pending Appeal or a Writ of Mandamus. Petitioners request immediate transmission of this request to the Fifth Circuit.

Dated: April 18, 2025

Respectfully submitted,

/s/Lee Gelernt
Lee Gelernt*
Daniel Galindo*
Ashley Gorski*
Patrick Toomey*
Sidra Mahfooz*
Omar Jadwat*
Hina Shamsi*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org
E: dgalindo@aclu.org
E: agorski@aclu.org
E: ptoomey@aclu.org

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo*
Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org

Brian Klosterboer

Tx Bar No.  24107833
Thomas Buser-Clancy*
TX Bar No. 24078344
Savannah Kumar*
TX Bar No. 24120098
Charelle Lett*
TX Bar No. 24138899
Ashley Harris*
TX Bar No. 24123238
Adriana Piñon*
TX Bar No. 24089768
Adriana Piñon*
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclutx.org
apinon@aclutx.org

E: smahfooz@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org


Attorneys for Petitioners-Plaintiffs
*Pro hac vice applications forthcoming