UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| A.A.R.P., on his own behalf and on behalf of all others similarly situated, et al., <br><br>     Petitioners-Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>     Respondents-Defendants. | No. 1:25-CV-059-H |

## ORDER

Before the Court is the petitioners' unopposed motion for leave to file an amended class petition for writ of habeas corpus and complaint for declaratory and injunctive relief and amended class-certification motion (Dkt. No. 35). The motion is granted. The Clerk of Court is directed to file the amended petition and complaint (Dkt. No. 35-1) as a separate docket entry, the amended motion for class certification (Dkt. No. 35-2) as a separate docket entry, and the petitioners' memorandum of law in support of the motion for class certification (Dkt. No. 35-3) as a separate docket entry. The Court denies as moot the petitioners' original motion for class certification (Dkt. No. 3). The Court's scheduling deadlines set forth in its scheduling order regarding class certification (Dkt. No. 31) remain in effect as applied to the amended motion.

So ordered on April 18, 2025.

*/s/ James W. Hendrix*
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE