IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| A.A.R.P., et al., on their own behalf and on behalf of others similarly situated,<br><br>    Petitioners–Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Respondents–Defendants. | Case 1:25-cv-00059-H |

## ORDER

Before the Court is AARP's Unopposed Motion to Intervene for the Limited Purpose of Seeking Amendment to the Order Granting the Pseudonym Motion. Having considered the arguments raised in the Motion, the Court **GRANTS** AARP's request to intervene for the limited purpose of amending the previous Order allowing the petitioners to proceed under the pseudonyms A.A.R.P. and W.M.M. (ECF No. 9).

The Court further **AMENDS** the Order entered as Docket No. 9, so that the final sentence now reads as follows: "The petitioners may proceed under the pseudonyms A.R.P and W.M.M., with W.M.M. appearing as the first name in the caption." The Court will instruct the clerk's office to take all necessary steps to ensure the Amended Order is properly recorded in the docket.

So ordered on _____, 2025.

_____
James Wesley Hendrix
United States District Judge