UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

|  |  |
|---|---|
| W.M.M., on his own behalf and on behalf of all others similarly situated, et al.,<br><br>　　Petitioners-Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　Respondents-Defendants. | No. 1:25-CV-059-H |

### ORDER

Before the Court is the AARP's unopposed motion to intervene for the limited purpose of seeking amendment to this Court's prior order permitting the petitioners to proceed under pseudonyms. Dkt. No. 42. The AARP, a nonprofit entirely unrelated to this case, seeks leave to intervene to request that the petitioner A.A.R.P.'s pseudonym be changed to A.R.P. and that the case caption be styled as *W.M.M., et al. v. Donald J. Trump, et. al.* *Id.* at 2. The petitioners and the respondents do not oppose the AARP's motion. *Id.* at 3.

Federal Rule of Civil Procedure 24 permits intervention by a person given a right to intervene by a federal statute, a person who claims an interest in the property or transaction that is the subject of the action whose interest is not adequately represented by the existing parties, and a person who has a claim or defense that shares a common question of law or fact with the action. Fed. R. Civ. P. 24(a)–(b). Here, however, the AARP "has no connection" to the petitioner A.A.R.P., "takes absolutely no position regarding the subject

matter of this litigation," and seeks to intervene only to "avoid confusion." Dkt. No. 42 at 1–3.

The Court construes the motion to intervene as an agreement by the existing parties to amend the styling of the case caption. Accordingly, the Court amends its prior order granting the motion to proceed under pseudonyms (Dkt. No. 9) and orders that the petitioners are permitted to proceed under the pseudonyms A.R.P., W.M.M., and F.G.M. In addition, the Court orders that this case will hereafter proceed under the case caption *W.M.M., et al. v. Donald J. Trump, et. al.* The motion to intervene by the AARP (Dkt. No. 42) is denied as moot.

So ordered on April 21, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE