```
 1                    UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF TEXAS
 2                          ABILENE DIVISION

 3   W.M.M., on his own behalf and on   )
     behalf of all others similarly     )
 4   situated, et al.,                  )
              Petitioners-Plaintiffs,   )
 5                                      )
     VS.                                )  CAUSE NO. 1:25-CV-059-H
 6                                      )
     DONALD J. TRUMP, in his official   )
 7   capacity as President of the       )
     United States, et al.,             )
 8            Respondents-Defendants.   )

 9

10

11      ----------------------------------------------------------

12                    TRANSCRIPTION FROM VOICEMAIL

13                         APRIL 17, 2025

14                          7:34:48 P.M.

15      ----------------------------------------------------------

16

17

18

19

20

21

22

23

24

25
```

```
 1                        * * * * *
 2              LEE GELERNT:  Hi.  This is Lee Gelernt.  I'm a
 3   lawyer at the American Civil Liberties Union calling about an
 4   emergency in A.A.R.P.--P as in Peter--v. Trump, 25-059.  The
 5   phone number is (646) 842-XXXX.  It is 7:30 p.m. tonight.
 6              We understand that our clients at the Bluebonnet
 7   Detention Center are being given orders to sign, Alien Enemy
 8   orders, and told they may be removed as soon as tonight or
 9   first thing in the morning.  This is related to the Alien
10   Enemies Act.
11              We would like to talk to the Judge immediately or--
12   and have the Judge issue an order to have them not removed.
13   The Judge's understanding today in his opinion was that the
14   government's representations would keep the proposed class
15   safe.  It appears that they are being asked to--to be--to sign
16   papers for their immediate removal.
17              Thank you.  Again, it's (646) 842-XXXX.  Thank you.
18                        * * * * *
19
20
21
22
23
24
25
```

```
 1        I, Mechelle Daniel, Federal Official Court Reporter in and
     for the United States District Court for the Northern District
 2   of Texas, do hereby certify that the foregoing is a correct
     transcript to the best of my ability from a digital sound
 3   recording of the proceedings.

 4


 5    /s/ Mechelle Daniel                   DATE   APRIL 21, 2025

 6   MECHELLE DANIEL, CSR #3549
     FEDERAL OFFICIAL COURT REPORTER
 7
```