IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| W.M.M., *et al.*, <br><br> *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants*. | Case No.   1:25-cv-00059-H |

### MOTION TO REVIEW DOCKET ACCESS RESTRICTION

The docket in this case is not currently available to the public.  Petitioners-Plaintiffs conferred with counsel for Respondents-Defendants, who relayed that they do not oppose making the docket publicly available.  Accordingly, Petitioners-Plaintiffs respectfully move the Court to issue the attached proposed order.

Dated: April 25, 2025

| | |
|---|---|
| | Respectfully submitted, <br><br> /s/ *Brian Klosterboer* |
| Lee Gelernt | Brian Klosterboer |
| Daniel Galindo | TX Bar No. 24107833 |
| Ashley Gorski* | Thomas Buser-Clancy |
| Patrick Toomey* | TX Bar No. 24078344 |
| Sidra Mahfooz* | Savannah Kumar |
| Omar Jadwat* | TX Bar No. 24120098 |
| Hina Shamsi* | Charelle Lett |
| AMERICAN CIVIL LIBERTIES UNION | TX Bar No. 24138899 |
| FOUNDATION | Ashley Harris |
| 125 Broad Street, 18th Floor | TX Bar No. 24123238 |
| New York, NY 10004 | Adriana Piñon |
| T: (212) 549-2660 | TX Bar No. 24089768 |

1

E: lgelernt@aclu.org  
E: dgalindo@aclu.org  
E: agorski@aclu.org  
E: ptoomey@aclu.org  
E: smahfooz@aclu.org  
E: ojadwat@aclu.org  
E: hshamsi@aclu.org  

Noelle Smith*  
Oscar Sarabia Roman*  
My Khanh Ngo*  
Cody Wofsy*  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
425 California Street, Suite 700  
San Francisco, CA 94104  
T: (415) 343-0770  
E: nsmith@aclu.org  
E: osarabia@aclu.org  
E: mngo@aclu.org  
E: cwofsy@aclu.org  

ACLU FOUNDATION OF TEXAS, INC.  
1018 Preston St.  
Houston, TX 77002  
(713) 942-8146  
bklosterboer@aclutx.org  
tbuser-clancy@aclutx.org  
skumar@aclutx.org  
clett@aclutx.org  
aharris@aclutx.org  
apinon@aclutx.org  

Attorneys for Petitioners-Plaintiffs  
*Pro hac vice applications forthcoming*