IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| W.M.M., *et al.*, <br><br> *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants*. | Case No. 1:25-cv-00059-H |

### [PROPOSED] ORDER LIFTING DOCKET VIEWING RESTRICTIONS

Upon consideration of Petitioners'-Plaintiffs' unopposed request to lift docket viewing restrictions:

The Court orders that the limitations on remote access to electronic files otherwise applicable in this case, *see* Fed. R. Civ. P. 5.2(c), are lifted. Accordingly, the Clerk of Court is directed to lift all viewing restrictions on the docket—*i.e.*, to make all prior filings electronically available to the public. All future filings shall be publicly available unless the Court grants leave to file under seal or in redacted form. If necessary, the Clerk of Court may change the nature of suit code to No. 530, "Habeas Corpus," thereby lifting the limitations on remote electronic access to the docket imposed by Rule 5.2(c).

Entered on _____, 2025.

_____
James Wesley Hendrix
United States District Court Judge