UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| W.M.M., on his own behalf and on behalf of all others similarly situated, et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Respondents-Defendants. | No. 1:25-CV-059-H |

### ORDER

Before the Court is the petitioners' unopposed motion to lift the current viewing restrictions on the docket (Dkt. No. 48). The Court grants the motion. *See* Fed. R. Civ. P. 5.2(c). Accordingly, the Court directs the Clerk of Court to lift all viewing restrictions on the docket—i.e., to make all prior filings electronically available to the public. All future filings shall be publicly available unless the Court grants leave to file under seal or in redacted form, other than redactions made pursuant to Federal Rule of Civil Procedure 5.2(a). If necessary, the Clerk of Court may change the nature of suit code to No. 530, "Habeas Corpus," thereby lifting the limitations on remote electronic access to the docket that Rule 5.2(c) imposes.

So ordered on April 29, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE