# Exhibit C

# FGM Declaration

# Declaration

I, __FAGM__, declare under penalty of perjury pursuant to 28 USC sec. 1746 that the following is true and correct to the best of my knowledge and belief.

1) I am 22 years old. I am from Venezuela.
2) I have a pending asylum application.
3) I do not have a final order of removal.
4) I received a document on April 17, 2025. It is in English so I couldn't read it. But I was told it meant I was getting deported. An officer told me today that I may be deported tonight, April 18, 2025. They said it was under the alien enemies act.
5) I believe the government is trying to deport me because they are accusing me of being a member of Tren de Aragua because I am Venezuelan and have tattoos. However, I don't have any connection to Tren de Aragua.
6) They won't tell me where I am being deported. I am afraid of returning to Venezuela and being persecuted by the government and threatened and extorted by Tren de Aragua. I am worried I'll be sent to El Salvador — I don't want to be tortured. I have not done anything wrong. My family is here. My mom. I have two daughters — five and seven years old. I don't want them to be without me.
7) I ask that I be properly allowed to pursue my application for protection in the United States, where I would be safe from harm.

8) The officers are giving out the documents. The officers are telling us that it doesn't matter if we don't sign, we'll all be deported.

Throughout today, officers have been giving more and more of the documents and telling people that they will be getting deported under the "president's law". I think over 100 people will be getting deported today.

I swear under penalty of perjury that the foregoing declaration was read back to me in Spanish, and that true and correct to the best of my knowledge and recollection.

4/18/25
―――――――
Date

███████████
―――――――――――――――
Signature

CamScanner

**CERTIFICATE OF TRANSLATION**

I, Sarah Frances Corning, certify that I am fluent in both English and Spanish. On April 18, 2025, I personally spoke with F.G.M. (also known as F.A.G.M., when including his middle name) and read the foregoing declaration to him translated into Spanish faithfully and accurately in person. F.G.M. affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.


 /s/ Sarah Frances Corning

Sarah Frances Corning

ACLU FOUNDATION OF TEXAS, INC.

P.O. Box 8306

Houston, TX 77288

(713) 942-8146

scorning@aclutx.org