UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| W.M.M., on his own behalf and on behalf of all others similarly situated, et al.,<br><br> Petitioners-Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br> Respondents-Defendants. | No. 1:25-CV-059-H |

### **ORDER**

 The Court previously set an evidentiary hearing to take place on Thursday, May 1, 2025. Dkt. No. 50. In light of the parties' stipulations of fact and the respondents' representations to the Court regarding the named petitioners, *see* Dkt. No. 60, the Court agrees with the parties that a hearing is no longer necessary. The Court therefore vacates its previous order setting a hearing (Dkt. No. 50). No hearing will take place tomorrow.

 So ordered on April 30, 2025.

               _____
               JAMES WESLEY HENDRIX
               UNITED STATES DISTRICT JUDGE