UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| W.M.M., on his own behalf and on behalf of all others similarly situated, et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Respondents-Defendants. | No. 1:25-CV-059-H |

### ORDER

Before the Court is the petitioners' motion for leave to file materials in response to the Court's previous order regarding ex parte communications (Dkt. No. 47). Dkt. No. 51. The motion (Dkt. No. 51) is granted. The Clerk of Court is instructed to file the response (Dkt. No. 51-1) and its attachment (Dkt. No. 51-2) as a separate docket entry.

So ordered on May 8, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE