IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

_____

W.M.M., on his own behalf and on behalf of all others similarly situated, et al.,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    Respondents-Defendants.

Civil Action No. 1:25-CV-059-H

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Counsel of record for Defendants George Padis respectfully moves to withdraw from this case. He will be leaving the Department of Justice. The government will remain represented by other attorneys from the Department of Justice.

Respectfully submitted,

    CHAD E. MEACHAM
    ACTING UNITED STATES ATTORNEY

    */s/ George M. Padis*
    George M. Padis
    Texas Bar No. 24088173
    Assistant United States Attorney
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    214.659.8600
    Fax: 214.659.8811
    george.padis@usdoj.gov

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on May 8, 2025, a copy of the above motion to withdraw was electronically filed with the Court's CM/ECF system and served on Plaintiffs.

                                        */s/ George M. Padis*
                                        George M. Padis