IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-59-H |

**PETITIONERS-PLAINTIFFS' MOTION TO RECONSIDER OR, IN THE ALTERNATIVE, CERTIFY A CLASS UNDER RULE 23(c)(4)**

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Petitioners-Plaintiffs ("Petitioners") hereby move the Court to reconsider its May 9, 2025 order denying Petitioners' Amended Motion for Class Certification. ECF No. 67. In the alternative, Petitioners move the Court for an order certifying a class as to the issues that are common to the class pursuant to Federal Rule of Civil Procedure 23(c)(4). Reconsideration and certification are warranted for the reasons given in the attached Memorandum.

Dated: May 13, 2025

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo
Cody Wofsy*
Spencer Amdur*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104

Respectfully submitted,
/s/Lee Gelernt
Lee Gelernt
Daniel Galindo
Ashley Gorski*
Patrick Toomey*
Sidra Mahfooz*
Omar Jadwat*
Hina Shamsi*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

1

<div style="display: flex;">
<div>

T: (415) 343-0770  
E: nsmith@aclu.org  
E: osarabia@aclu.org  
E: mngo@aclu.org  
E: cwofsy@aclu.org  
E: samdur@aclu.org  

Brian Klosterboer  
Tx Bar No.  24107833  
Thomas Buser-Clancy  
TX Bar No. 24078344  
Savannah Kumar  
TX Bar No. 24120098  
Charelle Lett  
TX Bar No. 24138899  
Ashley Harris  
TX Bar No. 24123238  
Adriana Piñon  
TX Bar No. 24089768  
ACLU FOUNDATION OF TEXAS, INC.  
1018 Preston St.  
Houston, TX 77002  
(713) 942-8146  
bklosterboer@aclutx.org  
tbuser-clancy@aclutx.org  
skumar@aclutx.org  
clett@aclutx.org  
aharris@aclutx.org  
apinon@aclutx.org  

</div>
<div>

125 Broad Street, 18th Floor  
New York, NY 10004  
T: (212) 549-2660  
E: lgelernt@aclu.org  
E: dgalindo@aclu.org  
E: agorski@aclu.org  
E: ptoomey@aclu.org  
E: smahfooz@aclu.org  
E: ojadwat@aclu.org  
E: hshamsi@aclu.org  



Attorneys for Petitioners-Plaintiffs  

*Pro hac vice applications  
forthcoming*

</div>
</div>

## CERTIFICATE OF SERVICE

  I hereby certify that on May 13, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

Dated: May 13, 2025

                  Respectfully submitted,
                  /s/Lee Gelernt
                  Lee Gelernt
                  AMERICAN CIVIL LIBERTIES
                  UNION FOUNDATION
                  125 Broad Street, 18th Floor
                  New York, NY 10004
                  T: (212) 549-2660
                  E: lgelernt@aclu.org

                  Attorney for Petitioners-Plaintiffs