# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| W.M.M., et al., on their own behalf and on behalf of all others similarly situated, *Petitioners-Plaintiffs* v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Respondents-Defendants* | ) ) ) ) ) ) **Case No. 1:25-cv-00059-H** ) ) ) ) ) ) ) |

## ORDER

Pending before the Court is the unopposed motion of Class Action and Habeas Professors to file an Amicus Curiae Brief in support of habeas class certification. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be

**GRANTED.**

It is SO ORDERED.

SIGNED this day of May __ , 2025.

_____
The Honorable James Wesley Hendrix
UNITED STATES DISTRICT JUDGE