UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| W.M.M., on his own behalf and on behalf of all others similarly situated, et al.,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Respondents-Defendants. | No. 1:25-CV-059-H |

## ORDER

Before the Court is the George Padis's motion to withdraw as counsel for the respondents. Dkt. No. 66. The motion (Dkt. No. 66) is granted. Padis is relieved of his obligations and duties to this Court as counsel for the respondents in this case.

So ordered on May 15, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE