UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| W.M.M., on his own behalf and on behalf of all others similarly situated, et al.,<br><br>  Petitioners-Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>  Respondents-Defendants. | No. 1:25-CV-059-H |

### ORDER

Before the Court is a motion for leave to file an amicus-curiae brief. Dkt. No. 69.

The motion (Dkt. No. 69) is granted. The amicus brief (Dkt. No. 70) is permitted.

So ordered on May 15, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE