UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| W.M.M., on his own behalf and on behalf of all others similarly situated, et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Respondents-Defendants. | No. 1:25-CV-059-H |

### ORDER

The Court is advised by the Clerk of Court that Adriana Pinon (Counsel), whose name appears on a pleading in this case, is not a member of the Bar of the Northern District of Texas. Accordingly, within 14 days of the date of this Order, Counsel shall either (1) provide satisfactory documentation of Bar membership to the Court and Clerk of Court or (2) apply for membership in the Bar of this Court or for admission pro hac vice for this case.

So ordered on May 20, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE