# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

January 30, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10534   A.R.P. v. Donald Trump  
                   USDC No. 1:25-CV-59

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Lisa E. Ferrara*  
By: _____  
Lisa E. Ferrara, Deputy Clerk  
504-310-7675

Mr. Spencer Amdur  
Mr. Noah Baron  
Mr. Thomas Paul Buser-Clancy  
Ms. Amy E. Davis  
Mr. Tiberius T. Davis  
Mr. Norman Larry Eisen  
Mr. Drew C. Ensign  
Mr. Daniel Galindo  
Mr. Lee P. Gelernt  
Ms. Brianne Jenna Gorod  
Ms. Ashley Gorski  
Mr. Brandon R. Gould  
Mr. Borealis S. Hedling  
Ms. Kathryn Huddleston  
Mr. Thomas T. Hydrick  
Mr. Omar C. Jadwat  
Mr. Sean Ming-Jun Lau  
Ms. Sidra Mahfooz  
Ms. Karen S. Mitchell  
Mr. My Khanh Ngo  
Mr. William Jeffrey Olson  
Mr. George M. Padis  
Ms. Adriana Cecilia Pinon  
Mr. Joshua A. Rosenthal  
Ms. Nancy Naseem Safavi  
Mr. Oscar Sarabia Roman  
Mr. Hina Shamsi  
Ms. Noelle Smith  
Mr. Joseph David Spate  
Mr. Carl Takei  
Mr. Darren S. Teshima  
Mr. Patrick Toomey  
Ms. Leah Tulin