# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 20, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Abilene
United States District Court
341 Pine Street
Room 2008
Abilene, TX 79604

No. 25-10534 W.M.M. v. Trump
USDC No. 1:25-CV-59

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc: Mr. Spencer Amdur
Mr. Noah Baron
Mr. Thomas Paul Buser-Clancy
Ms. Amy E. Davis
Mr. Tiberius T. Davis
Mr. Norman Larry Eisen
Mr. Drew C. Ensign
Mr. Daniel Galindo
Mr. Lee P. Gelernt
Ms. Brianne Jenna Gorod
Ms. Ashley Gorski
Mr. Brandon R. Gould
Ms. Kathryn Huddleston
Mr. Thomas T. Hydrick
Mr. Omar C. Jadwat
Mr. Sean Ming-Jun Lau
Ms. Sidra Mahfooz
Mr. My Khanh Ngo
Mr. William Jeffrey Olson
Ms. Adriana Cecilia Pinon
Mr. Joshua A. Rosenthal

Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Joseph David Spate
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin