**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-59-H |

**[PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' UNOPPOSED MOTION TO ADD PROPOSED CLASS REPRESENTATIVES**

Upon consideration of Petitioners-Plaintiffs' Unopposed Motion to Add Proposed Class Representatives and for good cause shown, the motion is GRANTED. It is hereby **ORDERED** that D.A.A., T.I.A., and E.A.A. are added as proposed class representatives.

Entered on ____________, 2026 at _______ a.m./p.m.

_________________________________
The Honorable James Wesley Hendrix
United States District Court Judge