**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-59-H |

**[PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

Upon consideration of Petitioners-Plaintiffs' Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that proposed representatives are given leave to proceed under the pseudonyms D.A.A., T.I.A., and E.A.A.. It is so **ORDERED**.

Entered on ____________, 2026 at _______ a.m./p.m.

____________________________________
The Honorable James Wesley Hendrix
United States District Court Judge