**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 1:25-cv-59-H

## CONSENTED MOTION FOR EXTENSION

Petitioners-Plaintiffs request a brief extension of the deadline for their motions for summary judgment and class certification in this litigation, to Thursday, September 10, 2026. Respondents-Defendants consent to this motion.

Petitioners request this extension in light of ongoing discussions with the government regarding potential scheduling requests to expedite the two appeals pending before the Fifth Circuit in Alien Enemies Act ("AEA") cases from the Southern District of Texas and the Western District of Texas, both of which were held pending the Fifth Circuit's resolution of the *W.M.M.* appeal. The Fifth Circuit has already ordered the resumption of briefing in *M.A.P.S. v. Garite*, No. 25-50580, and the government's opening brief is currently due on October 6, 2026. *J.A.V. v. Trump*, No. 25-40400, involves a certified class and has reached final judgment.

Because those cases present the same issues as this case and are currently pending before the Fifth Circuit, a brief extension of time as the parties confer regarding next steps and potential scheduling for those cases—and implications for this case—will further judicial economy.

Date: September 1, 2026

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo
Cody Wofsy*
Spencer Amdur*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org
E: samdur@aclu.org

Brian Klosterboer
Tx Bar No. 24107833
Thomas Buser-Clancy
TX Bar No. 24078344
Savannah Kumar
TX Bar No. 24120098
Charelle Lett
TX Bar No. 24138899
Ashley Harris
TX Bar No. 24123238
Adriana Piñon
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclutx.org
apinon@aclutx.org

Respectfully submitted,
*/s/Lee Gelernt*

Lee Gelernt
Daniel Galindo
Kathryn Huddleston*
Ashley Gorski
Patrick Toomey
Sidra Mahfooz*
Omar Jadwat*
Hina Shamsi*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org
E: dgalindo@aclu.org
E: khuddleston@aclu.org
E: agorski@aclu.org
E: ptoomey@aclu.org
E: smahfooz@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Attorneys for Petitioners-Plaintiffs

**Pro hac vice applications forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

Date: September 1, 2026

/s/ *Lee Gelernt*
Lee Gelernt