UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

W.M.M., on His Own Behalf and on Behalf of All Others Similarly Situated, et al.,

Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in His Official Capacity as President of the United States, et al.,

Respondents-Defendants.

No. 1:25-CV-059-H

**ORDER**

Before the Court is the plaintiffs' unopposed motion for an extension of the deadline to file their motions for summary judgment and class certification. Dkt. No. 91. Following the Fifth Circuit's dismissal of the plaintiffs' interlocutory appeal for lack of appellate jurisdiction, this Court entered a scheduling order to "ensure the expeditious and careful resolution of the claims and issues presented" before the termination of the Supreme Court's injunction in this case on November 12, 2026. Dkt. No. 87 at 1–2. The Court's scheduling order required the plaintiffs to file their motion for summary judgment or for a permanent injunction—along with a separate motion for preliminary class certification—on or before September 3, 2026. *Id.* at 3.

In the instant motion, the plaintiffs move to extend that deadline to September 10, 2026. Dkt. No. 91 at 1. For the reasons stated in the plaintiffs' motion, the Court finds good cause to extend the deadline and thus grants the motion. *See* Dkt. No. 87 at 5 (citing Fed. R. Civ. P. 16(b)(4)). The plaintiffs shall file their motion for summary judgment or for a permanent injunction on or before September 10, 2026. The plaintiffs shall

contemporaneously file a separate motion for preliminary class certification. Additionally, the Court modifies the response and reply deadlines accordingly. The defendants shall file their responses to the plaintiffs' motions on or before September 24, 2026, and the plaintiffs shall file their reply briefs on or before October 1, 2026.

The plaintiffs' motion to substitute putative class representatives (Dkt. No. 88) and motion for leave to proceed under pseudonyms (Dkt. No. 89) remain pending.

So ordered on September 2, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE