**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 1:25-cv-59-H

**APPENDIX**
PETITIONERS-PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

A. Declaration of Daniel Galindo

B. Declaration of Noelle Smith

# Exhibit A

**DECLARATION OF DANIEL A. GALINDO**
**IN SUPPORT OF PETITIONERS' MOTION FOR CLASS CERTIFICATION**

I, Daniel A. Galindo, hereby declare:

1. I am an attorney at the American Civil Liberties Union Foundation ("ACLU") Immigrants' Rights Project, and I am co-counsel for Petitioners in this case. I make this declaration to describe my qualifications and those of one of my ACLU colleagues, Lee Gelernt, as well as my colleagues at the American Civil Liberties Union of Texas ("ACLU of Texas").

2. I am Senior Staff Attorney at the ACLU Immigrants' Rights Project, where I have worked since 2018. My experience includes immigrants' rights litigation in federal and state courts, and criminal defense in state courts.

3. I graduated from Stanford Law School in 2012, then clerked for Judge David O. Carter of the U.S. District Court for the Central District of California and Judge Kermit V. Lipez of the U.S. Court of Appeals for the First Circuit. I am a member of the New York and California bars and am admitted to practice at the Supreme Court, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. District Courts for the Southern District of Texas, the Southern and Northern Districts of California, the Southern District of New York, and the District of Columbia. Prior to working at the ACLU I was a public defender at the Neighborhood Defender Service of Harlem.

4. I have served as counsel in immigrants' rights cases before the Supreme Court, the U.S. Courts of Appeals for the Ninth, and D.C. Circuits, and in numerous district courts around the country, as well as state courts. Examples include: *Dep't of State v. Muñoz*, 144 S. Ct. 1812 (2024) (amicus counsel of record) (addressing constitutional interests of a U.S. citizen the denial of a visa to her spouse); *Ramon v. Short*, 2020 MT 69, 399 Mont. 254, 460 P.3d 867 (argued) (no authority under state law for state officers to hold people on ICE immigration detainers); *Innovation L. Lab v. Wolf*, 951 F.3d 986, 987 (9th Cir. 2020) (granting in part and denying in part stay of preliminary injunction against government immigration policy known as "Migration Protection Protocols"), vacated as moot by 5 F.4th 1099 (9th Cir. 2021); *A.I.I.L. v. Sessions*, 19-cv-00481-JAS (D. Az. filed Oct. 3, 2019) (damages action on behalf of separated immigrant families). My cases as class counsel include *Ms. L. v. ICE* (involving the Trump administration's family separation practice), *P.J.E.S. by & through Escobar Francisco v. Wolf*, F. Supp. 3d 492 (D.D.C. 2020) (granting preliminary injunction against policy blocking unaccompanied minors' access to asylum, injunction later stayed and vacated as moot after government withdrawal of policy) and *Huisha-Huisha v. Mayorkas*, 27 F.4th 718, 721 (D.C. Cir. 2022) (upholding in part order enjoining policy of banning asylum seekers from United States based on COVID-19; injunction later vacated after government end of policy).

<u>Lee Gelernt</u>

5. Lee Gelernt has been an attorney with the American Civil Liberties Union since 1992. He currently holds the positions of Deputy Director of the ACLU's national Immigrants'

Rights Project, and Director of the Project's Program on Access to the Courts. Mr. Gelernt graduated from Columbia Law School in 1988.

6. Mr. Gelernt is a member of the New York bar, and he is admitted to practice in the U.S. Supreme Court, the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits, and the U.S. District Courts for the Eastern District of New York and the Eastern District of Michigan. He has argued dozens of notable immigrants' rights cases at all levels of the federal court system, including in the U.S. Supreme Court, the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, and Eleventh Circuits, and in numerous district courts around the country.

7. Mr. Gelernt has served as lead counsel, or argued in, many class action immigration cases, including recently *Ms. L. v. ICE* (involving the Trump administration's family separation practice), and in a series of cases involving classes of long-term U.S. residents subject to deportation to countries where they feared death, persecution, or other harms. *See Hamama v. Adducci*, 258 F. Supp. 3d 828, (E.D. Mich. 2017), *vacated and remanded by* 912 F.3d 869 (6th Cir. 2018); *Devitri v. Cronen*, 290 F. Supp. 3d 86 (D. Mass. 2017); *Ibrahim v. Acosta*, No. 17-CV-24574, 2018 WL 582520 (S.D. Fla. Jan. 26, 2018); *Nak Kim Chhoeun v. Marin*, No. 17-CV-01898, 2018 WL 571503 (C.D. Cal. Jan. 25, 2018); *see also P.J.E.S. v. Wolf*, 502 F. Supp. 3d 492 (D.D.C. 2020); and *Huisha-Huisa v. Mayorka*s, 560 F. Supp. 3d 146 (D.D.C. 2021).

8. Mr. Gelernt is also lead counsel in numerous systemic cases challenging the federal government's efforts to restrict noncitizens from accessing asylum. *See, e.g., East Bay Sanctuary Covenant v. Barr*, 964 F.3d 832 (9th Cir. 2020) (affirming injunction of bar on asylum for individuals who transit through third country); *Capital Area Immigrants' Rights Coal. v. Trump*, 471 F. Supp 3d 25 (D.D.C. 2020) (vacating same bar); *East Bay Sanctuary Covenant v. Trump*, 950 F.3d 1242 (9th Cir. 2020) (affirming injunction of ban of asylum for noncitizens entering between ports of entry); *East Bay Sanctuary Covenant v. Trump*, 932 F.3d 742 (9th Cir. 2018) (denying stay of same injunction), *stay denied*, 586 U.S. 1062 (2018); *M.A. v. Mayorkas*, No. 23-CV-1843 (D.D.C. filed June 23, 2023); *Las Ams. Immigration Advoc. Ctr. v. Dep't of Homeland Dec.*, No. 24-CV-1702 (D.D.C. filed June 12, 2024). 9. Mr. Gelernt has also testified as an expert before both the U.S. Senate and House of Representatives on immigration issues. He served as a law clerk to the Honorable Frank M. Coffin, formerly of the First Circuit Court of Appeals. In addition to his work at the ACLU, Mr. Gelernt is an adjunct professor at Columbia Law School, and for many years taught at Yale Law School as an adjunct.

<u>ACLU of Texas</u>

9. Adriana Pinon is the legal director of the ACLU of Texas. She is a 2007 graduate of Columbia Law School and has exclusively litigated civil rights and civil liberties matter, including matters involving immigrants' rights and criminal justice matters, in her career. Ms. Pinon has previously served as class counsel in *Booth v. Galveston County*, No. 18-cv-0104 (S.D. Tex.) (concerning deprivation of counsel at first appearance and unconstitutional bail practices) and several other litigations where class certification has been or is being sought, including *Sanchez et al. v. Dallas County Sheriff et al.*, No. 3:20-

cv-00832 (N.D. Tex.) (filed in 2020; concerning health conditions at Dallas County Jail) where class certification was sought, and most recently in *Johnson v Travis County*, No.1: 24-cv-0386 (W.D. Tex.) (concerning the appointment of counsel at first appearance in criminal proceedings in Travis County) and *Rivera Castelan et al. V. Villareal et al.*, No. 5:23-CV-1394 (W.D. Tex.) (concerning civil rights violations in Texas' Operation Lone Star program).

10. Savannah Kumar is a 2020 graduate of the University of Texas at Austin School of Law. Since September 2020, Ms. Kumar has worked as an attorney at the ACLU of Texas, focusing on federal and state litigation concerning constitutional rights and cases specifically focused on detention. Ms. Kumar has served as counsel in *Sanchez et al. v. Dallas County Sheriff et al.*, No. 3:20-cv-00832 (N.D. Tex.) (filed in 2020; concerning health conditions at Dallas County Jail), where class certification was sought. Ms. Kumar is currently counsel in *Johnson v. Travis County*, No. 1:24-cv-00386 (W.D. Tex.) (concerning the deprivation of counsel at first appearance in criminal proceedings in Travis County) in which a motion for class certification is pending, as well as *Rivera Castelan et al. v. Villareal et al.*, No. 5:23-CV-1394 (W.D. Tex.) (concerning civil rights violations in Texas' Operation Lone Star program).

11. Thomas Buser-Clancy has been an attorney at the ACLU of Texas since 2018. He is 2011 graduate of Yale Law School. Mr. Buser-Clancy has extensive experience in litigating cases concerning constitutional rights and cases specifically focused on immigration laws and rights, including *Grace v. Barr*, 965 F.3d 883 (D.C. Cir. 2020); *Las Americas Immigrant Advocacy Ctr. v. Wolf*, No. 19-CV-3640 (KBJ), 2020 WL 7319297 (D.D.C. July 8, 2020). Mr. Buser-Clancy is currently counsel in *Johnson v. Travis County*, No. 24-cv-0386 (W.D. Tex.) (concerning the deprivation of counsel at first appearance in criminal proceedings in Travis County).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in New York, NY.

Dated: April 16, 2025

/s/ *Daniel A. Galindo*______
DANIEL A. GALINDO

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-59-H |

**DECLARATION OF NOELLE SMITH**

I, Noelle Smith, declare as follows:

1. I am over eighteen years of age and competent to make this declaration.
2. I am a lawyer at the American Civil Liberties Union Immigrants' Rights Project. I represent the Petitioners in this case.
3. Attached hereto as exhibits are true and correct copies of the following:

| **Exhibit** | **Document** |
|---|---|
| 1. | Dep't of Homeland Sec., Press Release (Mar. 5, 2026), *available at* https://www.dhs.gov/news/2026/03/05/thanks-president-trump-and-secretary-noem-america-safer (https://perma.cc/4KRN-SHH5). |

I hereby declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 3rd of September, 2026, in San Francisco, California.

/s/ *Noelle Smith*
Noelle Smith

# EXHIBIT 1

# Thanks to President Trump and Secretary Noem, America is Safer

dhs.gov/news/2026/03/05/thanks-president-trump-and-secretary-noem-america-safer

*Secretary Noem has been the most successful DHS Secretary in history*

WASHINGTON – Under the leadership of Secretary Kristi Noem, the Department of Homeland Security had its most successful period ever. Now, President Trump has asked her to continue her work to make America safe again as the Special Envoy for The Shield of the Americas – Western Hemisphere.

*"Thank you, President Trump, for appointing me as the Special Envoy for the Shield of the Americas – Western Hemisphere. Secretary Rubio and Secretary Hegseth are incredible leaders, and I look forward to working with them closely to dismantle cartels that have poured drugs into our nation and killed our children and grandchildren,"* said **Secretary Kristi Noem.** *"The Western Hemisphere is absolutely critical for U.S. security. In this new role, I will be able to build on the partnerships and national security expertise, I forged over my time as Secretary of Homeland Security. We have made historic accomplishments at the Department of Homeland Security to make America safe again: we delivered the MOST secure border in American history, 3 million illegal aliens have left the U.S., we have located 145,000 children, FEMA delivered disaster relief at a 100% faster rate, we ushered in the golden age of travel, saved the American taxpayer $13 billion, and revitalized the U.S. Coast Guard."*

President Trump and Secretary Noem restored the rule of law, delivered the most secure border ever, removed hundreds of thousands of dangerous illegal aliens, created safer communities, strengthened cyber defense, fixed disaster response, launched initiatives that are reshaping American air travel, and has made America safer for generations to come. The American people and our posterity are better off today, tomorrow, and for generations to come because of Secretary Noem's dedication to public service.

Thanks to President Trump and Secretary Noem, the U.S. is freer, safer, and more prosperous. Below are some of the victories Secretary Noem secured for the American people during her tenure.

## Delivered the Most Secure American Border EVER

President Trump ran on securing the border and fixing the immigration crisis that took place under his predecessor Joe Biden. Secretary Noem delivered on that promise. We now have the most secure border in U.S. history and fixed the immigration crisis.

- **Border enforcement:** Under Secretary Noem, U.S. Customs and Border Protection (CBP) recorded its lowest border-crossing totals in agency history during the past year, thanks to the end of catch-and-release, consistent use of detention and removal authorities, and a clear message that our borders are CLOSED.
  - Total U.S. Border Patrol apprehensions along the southwest border in the administration's first year (90,084) were lower than a single average month under the Biden administration (155,485).
  - Daily encounters declined by 95 percent, with southwest border apprehensions averaging approximately 250 per day, compared to more than 5,100 per day previously.
  - For the past ten months, the U.S. Border Patrol has released zero illegal aliens into the country.
- **Drug Seizures**: As the nation's frontline border security agency, CBP seized 617,648 pounds of illicit drugs nationwide over the past year (Jan. 21, 2025, to Jan. 31, 2026) — an 8 percent increase over the previous year. This included 10,915 pounds of fentanyl, 186,359 pounds of methamphetamine, and significant quantities of cocaine, heroin, and marijuana, preventing deadly narcotics from reaching American streets.

  Drugs seized from Feb. 1, 2025, through Jan. 31, 2025 (622,900 lbs.) were more than the same period for the prior 12 months (572,241 lbs.) and more than in recent years.

- **Big Beautiful Bill Funding:** President Trump signed a landmark $65 billion border security bill, the largest investment in border security in a generation. Under Secretary Noem, DHS began the successful implementation of this bill.
    - Under Secretary Noem, DHS began executing a plan for comprehensive border security, turbocharging the construction of modern infrastructure, advanced technology, and increased law enforcement staffing to counter transnational criminal organizations and the smuggling of illegal narcotics, including fentanyl.
    - Under the leadership of President Trump and Secretary Noem, the administration has empowered our agents and officers to do their job again, resulting in the most secure border in American history.

## Protected Americans from the Worst of the Worst Illegal Aliens and Criminals

Under Secretary Noem's leadership, DHS arrested and deported hundreds of thousands of criminal illegal aliens across the country, including gang members, murderers, rapists, kidnappers, and drug traffickers, thanks to the brave men and women of Immigration and Customs Enforcement (ICE), and CBP.

- More than 3 million illegal aliens are out of the country. These numbers include an estimated 2.2 million self-deportations and more than 713,000 deportations.
- ICE has been instrumental in preventing terror threats, with over 1,538 known or suspected terrorists (KSTs) being arrested, and 1,534 KSTs removed.
  49,740 special interest aliens have been arrested.
- ICE and CBP have conducted operations in cities nationwide, resulting in hundreds of thousands of arrests.
  These arrests include 7,808 gang arrests, including 1,232 individuals associated with Tren de Aragua and 1,271 individual MS-13 gang members.
- In late December, ICE announced the successful conclusion of Operation Angel's Honor, a 14-day operation named in honor of Laken Riley, during which the agency arrested more than 1,030 criminal illegal aliens under the authority of the Laken Riley Act, which was signed into law by President Trump in 2025 and mandates that any illegal alien who has been accused of a violent crime such as theft, burglary, assaulting a law enforcement officer, or any crime that causes death or serious bodily injury must be placed under arrest.
- More than 220,000 Americans applied for ICE, paving the way for the agency to increase its size by 120% to help President Trump deliver on his signature promise of mass deportations.

This tremendous enforcement of the law has resulted in safer cities, the lowest murder rate in 125 years, plummeting fentanyl overdoses, cheaper rents, higher wages, and a better quality of life for millions of Americans.

## Located 145,000 Children Lost Under the Biden Administration

Under Secretary Noem, DHS and the Department of Health and Human Services have located 145,000 unaccompanied children that the Biden administration lost. Too many of these children were exploited and abused before, during, and after being trafficked over our borders. All told, the Biden administration lost more than 450,000 children because of its open border policies.

## Ushered in the Golden Age of Travel

The Transportation Security Administration (TSA) is ushering in the Golden Age of Travel.

- 8 of TSA’s 10 highest screening days were in 2025.
- 5 billion checked and carry-on bags screened under Secretary Noem.
- TSA officers detected tens of millions of dollars of cash being flown to foreign destinations.
- TSA ended the Obama-era “Quiet Skies” program, which was used to spy on Americans, including Director of National Intelligence Tulsi Gabbard, as well as members of Congress.
- TSA launched the “Shoes On” Campaign, allowing travelers to keep their shoes on while passing through security screening at TSA checkpoints.
- TSA successfully implemented REAL ID on May 7 and achieved 94% compliance, which continues to steadily increase.
  Increased REAL ID compliance rate is up to 99% at some airports.
- Launched TSA ConfirmID on Feb. 1 for travelers who show up without a REAL ID or other form of acceptable ID. Ensures non-compliant passengers pay for this processing, as opposed to the American taxpayer.
- TSA launched two targeted campaigns including the “Serve with Honor, Travel with Ease” campaign and the “Families on the Fly” campaign, and the first-ever TSA PreCheck Buy One, Get One.

## Put the U.S. Citizen First in America’s Immigration System

United States Citizenship and Immigration Services (USCIS) is restoring integrity to our nation’s immigration policies and has instituted dynamic changes to ensure that only individuals who love America, align with our culture, and share our values, are welcomed into

the country. Most importantly, Secretary Noem mad sure that any form of legal immigration will benefit the U.S. citizen and does not pose harm to our well-being and way of life.

- Under Secretary Noem, USCIS made history with its **fraud investigation**, Operation Twin Shield, the agency's largest enforcement operation to date. Launched in the Minneapolis-St. Paul area, USCIS focused on more than 1,000 cases that had fraud or ineligibility indicators, attempted over 2,000 site visits to homes and workplaces, and completed nearly 1,500 in-person interviews with aliens during the operation. USCIS found evidence of fraud, non-compliance with immigration law, or public safety or national security concerns in more than 500 cases, including the case of a serial fraudster working as a Minnesota corrections officer.
- USCIS is implementing the Department of Homeland Security's new rule to prioritize the allocation of H-1B visas to higher-skilled and higher-paid aliens, which will better protect American wages, working conditions, and job opportunities for American workers**.**
- In January, USCIS announced a new rule that reduces wait times for thousands of religious organizations and their communities—including priests, nuns, and rabbis—who previously were required to remain outside the United States before returning to resume their essential services. This rule protects and preserves freedom and expression of religion while easing burdens on those who shape the social and moral fabric of the country.
- USCIS has once again empowered law enforcement officers to enforce immigration laws and they have done so in historic numbers. Since January 20, 2025, USCIS officers have issued nearly 230,000 Notices to Appear to place aliens in removal proceedings.
- USCIS has begun recruiting Homeland Defenders and received more than 82,000 applications, the most in agency history. These individuals will better support the agency's mission and bolster efforts to combat fraud and other threats and began reporting for duty in early December 2025.
- Within hours of the November 26 attack where an Afghan national murdered one National Guard member and severely wounded another in Washington, DC, Secretary Noem directed USCIS to put asylum processing on hold for aliens from every country, implemented a full-scale reexamination of every green card for aliens from every presidentially designated high-risk country, and placed a hold on the processing of immigration applications and petitions for all Afghan nationals and aliens from those countries of concern.

- USCIS is advancing the administration's and Secretary Noem's goal of ending the abuse and exploitation in certain immigration programs**.** This includes stopping broad abuse of humanitarian parole authority and terminating the family reunification and the Cuban, Haitian, Nicaraguan, and Venezuelan (CHNV) parole programs and Temporary Protected Status (TPS) for Afghanistan, Burma, Cameroon, Ethiopia, Haiti, Honduras, Nepal, Nicaragua, South Sudan, Syria, Somalia, Venezuela, and Yemen.

## Secured Maritime Borders and Revamping the United States Coast Guard

The U.S. Coast Guard is smashing records and being revitalized into one of the world's most elite fighting forces that can meet the challenges of the 21st century.

- Through Force Design 2028, the Coast Guard is implementing major structural reforms, including the establishment of a Deployable Specialized Forces Command, expansion of training capacity, and rapid acquisition of next-generation assets.
- The Coast Guard seized over 547,000 pounds of illegal narcotics – a record-setting amount nearly three times its normal annual average – worth more than $3.9 billion.
  These USCG counter drug operations disrupted transnational criminal organizations and prevented more than **206 million** lethal doses from reaching U.S. communities, saving taxpayers over $10 billion in avoided costs, including $2.27 billion in healthcare expenses.
- Coast Guard crews saved over 5,200 lives and protected more than $1 billion in property through thousands of search and rescue missions and rapid responses to major contingencies.
- Force Design 2028 drove record-setting recruitment, exceeding 110 percent of active-duty enlisted goals and accessing over 6,000 new members, the highest since 1991.
  The Coast Guard is on track to expand the force by 15,000 members, ensuring a mission-ready workforce to meet evolving demands.
- The Coast Guard used advanced unmanned systems and intelligence-driven patrols to secure over 100,000 miles of U.S. border by interdicting, deterring, or transporting over 12,000 illegal aliens, which increased interdictions by **44 percent in key regions.**
- The Coast Guard enabled the safe movement of **8 billion tons of cargo**, an increase of 13 percent from the previous year, supporting an economic engine projected to move **$5.4 trillion in goods in 2026**.
- Since December, Coast Guard elite tactical teams supported by the Departments of War, Justice, and State, led operations against "dark fleet" ships, taking law enforcement action against nine illegal vessels.

## Restored Excellence at the Secret Service

Secretary Noem restored the American people's confidence in the Secret Service by demanding excellence, recruiting the best of the best, and giving them the training necessary to carry out their mission.

- Since Secretary Noem took office, the Secret Service has conducted over 7,000 protective visits both domestically and overseas.
- Under Secretary Noem, the U.S. Secret Service's National Threat Assessment Center delivered the highest number of trainings and briefings in the agency's history - more than 424 trainings and briefings to more than 63,204 participants. NTAC training recipients included law enforcement agencies, schools, mental health providers, faith-based organizations, government agencies, and private sector entities.
- The United States Secret Service completed 33 anti-card skimming and Electronic Benefits Transfer fraud outreach operations in various locations around the United States. These outreach operations prevented an estimated $485 million in fraud loss.

## Improved Federal Law Enforcement Training

Thanks to President Trump's One Big Beautiful Bill and Secretary Noem's stewardship, the American people provided Federal Law Enforcement Training Centers (FLETC) with $750 million in long-needed funding, more than doubling its annual resources, to enhance the training and readiness of U.S. Border Patrol, CBP, and ICE personnel. As a result, FLETC provided federal law enforcement with the skills, leadership, and training necessary to tackle the threats of tomorrow and to defend the rule of law.

- Since President Trump took office, FLETC has been expanding nationwide law enforcement collaboration by facilitating ICE's 287(g) Training Program.
  - To date, approximately 18,500 officers across 50 states and five territories have registered and over **12,500 have completed the training**, strengthening partnerships between federal and local law enforcement agencies.
  - Trained over **73,000 law enforcement personnel**, the second highest number in FLETC's 55-year history.
  - That includes thousands of personnel from state, local, tribal, territorial, and campus law enforcement personnel from 50 states and five territories.
- FLETC achieved record-breaking training—the highest attendance levels since 2007—by supporting over **1,000 USBP trainees daily** at FLETC in Artesia, New Mexico, and demonstrating a commitment to scaling operations to meet growing security demands.
- Enhancing Coast Guard training by providing service members with the skills to counter waterborne threat from personal watercraft.

- Now, FLETC projects to train approximately **90,000 law enforcement personnel over the course of President Trump's second year in office**, meeting the needs of our training partners within DHS and across other federal agencies.

## Ended the Censorship of Americans and Defended our Critical Infrastructure

Under Secretary Noem, the Cybersecurity and Infrastructure Security Agency (CISA) returned back to its mission and remains steadfast in safeguarding the systems Americans rely on every day in the first year.

- Under Secretary Noem, CISA has strengthened collective defense by publishing more than 1,600 products and triaged 30,000+ incidents through CISA's 24/7 Operations Center – keeping critical systems secure.
- CISA has stopped more than 2.6 billion malicious connections on federal civilian networks and over 370 million within critical infrastructure during the Trump Administration.
- CISA is enhancing preparedness nationwide by leading almost 150 cyber and physical security exercises with 10,000+ participants, helping partners refine emergency plans and boost local and national resilience.

## Fixed Federal Disaster Response and Protecting the American People

Under the leadership of Secretary Noem, the Federal Emergency Management Agency (FEMA) has been reformed to empower states and support state-led recoveries faster than ever.

- Since January 20, 2025, President Trump has approved 60 federal disaster declarations, including 41 Major Disaster Declarations, across Alaska, Arkansas, District of Columbia, Georgia, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Michigan, Mississippi, Missouri, Montana, Nebraska, New Mexico, North Carolina, North Dakota, Oklahoma, Oregon, South Carolina, Tennessee, Texas, Virginia, Washington, West Virginia, Wisconsin, and the Sisseton-Wahpeton Oyate Tribal Nation, Crow Tribe of Montana, and Leech Lake Band of Ojibwe Tribal Nation – unlocking FEMA resources and enabling states and tribal nations to access critical federal resources to supplement their response efforts.
- This includes nearly $50 billion in grants to survivors, recovery and mitigation assistance to communities, and flood insurance payments.
    - In fact, FEMA obligated over $5 billion in Public Assistance funds and nearly $1 billion in Hazard Mitigation grants in just the last several weeks.

At Secretary Noem's direction, FEMA has conducted a critical evaluation of all grant programs and recipients to root out waste, fraud, and abuse and deliver accountability for the American taxpayer. As a result, in 2025, FEMA achieved:

- Radical Transparency and Contract Management: FEMA's rigorous contract reviews led to the termination of 118 contracts, generating $31.2 million in savings and $82 million in total cost avoidance, ensuring mission alignment and cost-effectiveness.
- Fraud Prevention and Investigations: FEMA conducted fraud investigations safeguarding up to $1.3 billion from external fraud, protecting taxpayer resources and disaster assistance funds.
- Accelerated State-Led Recovery Funding: FEMA expedited 106 Public Assistance projects across nine states, delivering $762 million in upfront funding—empowering states to lead and streamline their own recovery.
- Reducing the Amount of Time Between Funding Requests and Obligation: In 2025, the average number of days between when a state requested Public Assistance and when they received funding dropped by 160 days compared to the previous year.
- Record Disaster Assistance to Communities and Individuals: FEMA approved nearly $2.2 billion in Individual Assistance to households and obligated $15.3 billion in Public Assistance for communities and critical infrastructure, ensuring resources reach those in need.
- Modernized Survivor Assistance Tools: FEMA improved the disaster assistance process by launching new digital tools—including an application status tracker, clearer help text, guided videos, simplified letters, and expanded payment options. The digitized payment system accelerated delivery of assistance from 2–3 weeks to 1–2 days.

## July 2025 Texas Flood Recovery

As of March 5, FEMA has approved more than 3,860 applications for disaster assistance in central Texas following the severe storms and flooding – providing more than $40.7 million to eligible individuals and families to cover uninsured losses and serious needs. In addition, FEMA has provided more than $94.9 million in funding for emergency work and to help rebuild damaged infrastructure in the affected communities.

## Hurricanes Helene and Milton Recovery

- FEMA has led the way in providing assistance for Helene disaster recovery throughout the South.
- FEMA continues to support hurricanes Helene and Milton recovery efforts with more than $11 billion in grants to survivors, reimbursements to communities, and flood insurance payments.

## Florida

- Nearly $2 billion has been obligated to the state to reimburse Florida communities for debris removal, critical infrastructure repairs, and emergency efforts.
- $608 million has been obligated for debris removal. These funds helped with the removal of more than 31.67 million cubic yards of disaster related debris.
- FEMA has provided more than $1.7 billion to help Floridians with uninsured losses from Helene and Milton.
- FEMA, in collaboration with the state of Florida, has provided temporary housing units to a total of 649 families. To date, 299 of those families have already moved into more permanent housing solutions and 37 families purchased their unit.
- Nearly $7.6 billion has been paid to 76,274 families in the National Flood Insurance Program.
- $6.4 billion paid on 49,284 Helene claims.
- $1.2 billion paid on 16,585 Milton claims.

## North Carolina

- $560.5 million approved for 160,896 households, including money for rent, basic home repairs, and other disaster-caused needs.
- $1.5 billion obligated to the state for over 2,100 Helene recovery projects.
- $279 million disbursed by the U.S. Small Business Administration in low-interest disaster loans.
- 25 households are living in FEMA temporary housing units. To date, 218 families have moved to more permanent housing. Of those, 63 families purchased their FEMA unit.
- 6,137 households have received rental assistance.
- 12,591 families have received $34.1 million for repair or replacement of private-access roads and bridges.
- Over 7 million cubic yards of debris has been cleared from public rights of way.

## Georgia

- $393.2 million approved for 220,655 households, for Individual Assistance which includes money for rent, basic home repairs, and other disaster-caused needs.
- More than $1.35 billion approved for more than 1,650 Public Assistance recovery projects.
- Over 43 million cubic yards of debris has been cleared from public rights of way.
- $31.18 million paid in claims by the National Flood Insurance Program.

- 58 households are living in FEMA temporary housing units. To date, 61 families have moved to more permanent housing. Of those, 56 families have purchased their FEMA unit.

## Secured the Largest Sporting Event in History

The DHS World Cup Coordination Office led Departmental coordination for the whole-of-government effort to ensure the safety and security of the 2025 FIFA Club Cup and upcoming FIFA World Cup 2026.

- The DHS World Cup Coordination Office will play a central role in efforts to secure all aspects of the unprecedented 2026 FIFA World Cup activities – including the safety and movement of fans and players, the matches, official Fan Festival events, locally sponsored events, and team base camps.
- The Office will coordinate DHS support to the equivalent of 78 Super Bowls held over 39 days, with more than 10 million visitors expected in the U.S. alone, and global viewership anticipated at rates 10 times higher than a single game.
- In October 2025, FEMA announced over $1 billion in federal funding through the Counter-Unmanned Aircraft Systems (C-UAS) and the FIFA World Cup Grant Programs.
    In December 2025, FEMA awarded the first $250 million of this funding. This was the fastest non-disaster grant program ever executed by FEMA.

## Assisted and Helped in Intelligence Collection to Protect the American People

The Office of Intelligence and Analysis (I&A) and Homeland Security Investigations (HSI) collaborated to counter threats from China to the U.S. space and information technology sectors.

- I&A nominated over 5,000 people to the terrorist watchlist since January 2025, working with DHS components, federal partners, and state and local law enforcement to ensure the Worst of the Worst are removed from America's communities.
- Under Secretary Noem, the DHS Intelligence Enterprise published over 100 intelligence reports on these threats to the U.S. Homeland.
- Since January 2025, I&A published nearly 1,000 analytic products, more than half of which were released for broad consumption by State, Local, Tribal, Territorial, and Private Sector partners throughout the U.S. These insights enabled strategic advantages over various threats to the U.S. border, economy, and critical infrastructure.

- Following encounters with CBP at various ports of entry, I&A successfully discovered derogatory information on 80 percent of the devices encountered from persons of interest seeking entry into the U.S. This includes Rasha Alawieh, the Lebanese doctor and assistant professor at Brown University who attended Hezbollah leader Hassan Nasrallah's funeral. I&A discovered that Alawieh had numerous contacts with known or suspected terrorists, affirming CBP's decision to deny entry and the State Department's decision to revoke her visa.

In President Trump's first year, DHS also launched the critically acclaimed, groundbreaking new webpage, "Worst of the Worst" (wow.dhs.gov), which allows visitors to search through some of the hundreds of thousands of criminal illegal aliens arrested during enforcement operations since the start of the Trump administration.

# # #

## Topics

- Citizenship and Immigration Services
- Homeland Security Enterprise
- Immigration and Customs Enforcement
- Border Security
- Disasters
- Intelligence and Analysis
- Secretary of Homeland Security

## Keywords

- Secretary Kristi Noem
- Border Security
- CBP Home
- Critical Infrastructure
- Cybersecurity and Infrastructure Security Agency (CISA)
- Disaster Relief
- Drug Interdiction
- Federal Emergency Management Agency (FEMA)
- Federal Law Enforcement Training Centers (FLETC)
- Funding
- Homeland Security Investigations (HSI)
- Immigration and Customs Enforcement (ICE)
- Immigration Enforcement
- Intelligence Analyst