**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-59-H |

**PETITIONERS-PLAINTIFFS'**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Petitioners-Plaintiffs ("Petitioners"), on behalf of themselves and the class of similarly situated persons, hereby move this court for summary judgment on their claims that the Proclamation violates the Alien Enemies Act ("AEA"), the Immigration and Nationality Act ("INA"), and the Due Process Clause of the Fifth Amendment to the United States Constitution. The Proclamation violates the AEA because it does not fall within the Act's statutory bounds. The Proclamation violates the INA because it fails to comport with the specific protections that Congress established under the INA for noncitizens seeking humanitarian protection. And the Proclamation violates the AEA and the Due Process Clause because removals without notice and a meaningful opportunity to challenge "alien enemy" designations violate the AEA's statutory requirements and constitutional due process requirements.

In support of this Motion, Petitioners submit the attached memorandum of points and authorities and the accompanying exhibits. Pursuant to Local Rule 56.3, the elements of each

claim on which summary judgment is sought will be set forth in Petitioners' brief. Petitioners prevail on their claims and are entitled to relief as a matter of law. A proposed order is attached.

Respondents-Defendants oppose this motion.

Dated: September 10, 2026

Respectfully submitted,


<u>*/s/Lee Gelernt*</u>
Lee Gelernt
Daniel Galindo
Kathryn Huddleston*
Ashley Gorski
Patrick Toomey
Sidra Mahfooz*
Omar Jadwat*
Hina Shamsi*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org
E: dgalindo@aclu.org
E: khuddleston@aclu.org
E: agorski@aclu.org
E: ptoomey@aclu.org
E: smahfooz@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo
Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org

Brian Klosterboer
Tx Bar No. 24107833
Thomas Buser-Clancy
TX Bar No. 24078344
Savannah Kumar
TX Bar No. 24120098
Charelle Lett
TX Bar No. 24138899
Ashley Harris
TX Bar No. 24123238
Adriana Piñon
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclutx.org
apinon@aclutx.org


Attorneys for Petitioners-Plaintiffs

**Pro hac vice applications forthcoming*

## CERTIFICATE OF CONFERENCE

I certify that pursuant to LR 7.1(a), Petitioners' counsel conferred with counsel for Respondents. Respondents oppose this motion.

Dated: September 10, 2026

Respectfully submitted,

*/s/Lee Gelernt*
Lee Gelernt

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

Dated: September 10, 2026

Respectfully submitted,

*/s/Lee Gelernt*
Lee Gelernt