**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 1:25-cv-59-H

**[PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Before this Court is Petitioners-Plaintiffs' ("Petitioners") motion for summary judgment filed September 10, 2026. Having considered the motion, the memoranda and exhibits in support thereof, and the briefs in opposition thereto, the Court **GRANTS** Petitioners' motion for summary judgment. The Court hereby:

1. **ORDERS** that the Class Petition for Writ of Habeas Corpus is **GRANTED**;
2. **DECLARES** the Proclamation unlawful in violation of the Alien Enemies Act, the Immigration and Nationality Act, and the Due Process Clause;
3. **ENJOINS** Respondents-Defendants from removing Petitioners and the certified class pursuant to the Proclamation; and
4. **ENJOINS** Respondents from applying the Proclamation to Petitioners and the certified class without providing 30-day notice and an opportunity to respond to the designation prior to the removal date.

Dated: _______________

___________________________________

JAMES WESLEY HENDRIX
United States District Court Judge