**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 1:25-cv-59-H

**[PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Before this Court is Petitioners-Plaintiffs' ("Petitioners") motion for class certification filed September 10, 2026. Having considered the motion, the submissions of the parties, and any argument, the Court **GRANTS** Petitioners' motion and hereby **ORDERS** as follows:

1. The requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) are satisfied, including that:
    a. The Class is so numerous that joinder of all members is impracticable;
    b. There are multiple questions of law and fact common to the Class;
    c. The claims and defenses of the representative parties are typical of the claims and defenses of the Class;
    d. The representative parties will fairly and adequately protect the interests of the Class; and

e. The party opposing the Class has acted or refused to act on grounds that apply generally to the Class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the Class as a whole.

2. In the alternative, the Court can use Rule 23 as a guidepost to certify a class under principles of habeas jurisdiction and equity.
3. In the alternative, the Court can certify a class to litigate the common issues identified by Petitioners under Rule 23(c)(4).
4. This case is certified as a class action for the following class: All noncitizens in custody in the Northern District of Texas who were, are, or will be subject to the March 2025 Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua" and/or its implementation.
5. Petitioners D.A.A., E.A.A., and T.I.A. are appointed as Class Representatives.
6. Petitioners' counsel from the American Civil Liberties Union and the American Civil Liberties Union of Texas are appointed as counsel for the Petitioner Class.

It is so **ORDERED**.

Dated: ________________

___________________________________

The Honorable JAMES WESLEY HENDRIX
United States District Court Judge