**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,

*Respondents–Defendants*.

Case No. 1:25-cv-59-H

**JOINT MOTION TO RESCHEDULE HEARING**

This Court set Petitioners-Plaintiffs' ("Petitioners") Motion for Summary Judgment and Motion for Class Certification for an evidentiary hearing on Friday, October 2, 2026, at 9:00 a.m. ECF No. 87 at 4. The parties jointly move this to reschedule the hearing.

Petitioners' reply briefs are due on October 1, 2026. ECF No. 92. To provide the parties and the Court with an adequate opportunity to fully review the briefing prior the hearing, the parties request to continue the hearing. Petitioners propose any day the week of October 5. Respondents-Defendants ("Respondents") propose the week of October 12 due to commitments in other cases the week of October 5. Petitioners are available October 13, 15 and 16.

Both parties also notify this Court that they currently intend to rest on their written submissions at this stage of summary judgment. Fed. R. Civ. P. 56(a), (c). Petitioners can, however, make witnesses available if necessary. Petitioners also preserve the ability to introduce further evidence at trial if the court finds disputed material facts.

Dated: September 18, 2026

Respectfully submitted,

*/s/ Nancy N. Safavi*
NANCY N. SAFAVI
Senior Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
TXBN 24042342
E: Nancy.Safavi@usdoj.gov

*Counsel for Respondentss-Defendants*

*/s/Lee Gelernt*
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org

*Counsel for Petitioners-Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

Dated: September 18, 2026

Respectfully submitted,
*/s/Lee Gelernt*
Lee Gelernt