UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

W.M.M., on His Own Behalf and on Behalf of All Others Similarly Situated, et al.,

Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in His Official Capacity as President of the United States, et al.,

Respondents-Defendants.

No. 1:25-CV-059-H

**ORDER**

Before the Court is the defendants' unopposed motion for an extension of their deadline to respond to the plaintiffs' motions for class certification and summary judgment. Dkt. No. 102. The Court's amended scheduling order required the defendants to file their responses to the plaintiffs' motions on or before September 24, 2026. Dkt. No. 92 at 2. The defendants ask the Court to extend that deadline to October 1, 2026. Dkt. No. 102 at 2. Given that request, they also ask the Court to extend the plaintiffs' reply deadline to October 8, 2026. *Id.*

The Court grants in part the defendants' motion (Dkt. No. 102). For the reasons stated in the motion, the Court finds good cause to extend these deadlines. *See* Dkt. No. 87 at 5 (citing Fed. R. Civ. P. 16(b)(4)). The defendants shall file their responses to the plaintiffs' motions for class certification and summary judgment on or before October 1, 2026. The plaintiffs shall file their reply briefs on or before October 6, 2026. This deadline is necessary to "ensure the expeditious and careful resolution of the claims and issues

presented" before the Supreme Court's injunction terminates on November 12, 2026. *Id.* at 1–2.

Additionally, the parties have jointly moved to reschedule the evidentiary hearing set for October 2, 2026, at 9:00 a.m. in the United States District Court, Courtroom C-216, 1205 Texas Ave., Lubbock, Texas. Dkt. No. 101; *see* Dkt. No. 87 at 4. The parties ask the Court to reschedule that hearing for a later date. Dkt. No. 101 at 1. They also notify the Court that "they currently intend to rest on their written submissions at this stage of summary judgment." *Id.*

Since the parties intend to rest on their written submissions, the Court cancels the evidentiary hearing. The Court will reschedule the hearing for a later date if necessary.

So ordered on September 25, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE