UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

W.M.M., on His Own Behalf and on Behalf of All Others Similarly Situated, et al.,

Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in His Official Capacity as President of the United States, et al.,

Respondents-Defendants.

No. 1:25-CV-059-H

**ORDER**

On September 28, 2026, the Court noted that Oscar Sarabia Roman was not a member of the Bar of the Northern District of Texas. Dkt. No. 104 at 1. Sarabia Roman then submitted an application for admission pro hac vice. Dkt. No. 105. He attached a certificate of good standing to practice before the U.S. Court of Appeals for the Tenth Circuit. Dkt. No. 105-1 at 1.

The Court's pro hac vice application, however, requires "an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas)." Dkt. No. 105 at 2 (emphasis omitted). Thus, the Court orders Sarabia Roman to amend his application to attach a certificate of good standing that satisfies this requirement.

So ordered on ~~September~~ October 1, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE