UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

W.M.M., on His Own Behalf and on Behalf of All Others Similarly Situated, et al.,

Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in His Official Capacity as President of the United States, et al.,

Respondents-Defendants.

No. 1:25-CV-059-H

**ORDER**

On September 28, 2026, the Court noted that Omar Jadwat was not a member of the Bar of the Northern District of Texas. Dkt. No. 104 at 1. Jadwat then submitted an application for admission pro hac vice. Dkt. No. 107. He attached a certificate of good standing to practice before the U.S. Court of Appeals for the Tenth Circuit. Dkt. No. 107-1 at 1.

The Court's pro hac vice application, however, requires "an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas)." Dkt. No. 105 at 2 (emphasis omitted). Thus, the Court orders Jadwat to amend his application to attach a certificate of good standing that satisfies this requirement.

So ordered on October 1, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE