UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

W.M.M., on His Own Behalf and on Behalf of All Others Similarly Situated, et al.,

Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in His Official Capacity as President of the United States, et al.,

Respondents-Defendants.

No. 1:25-CV-059-H

**ORDER**

On September 28, 2026, the Court noted that Sidra Mahfooz was not a member of the Bar of the Northern District of Texas. Dkt. No. 104 at 1. Mahfooz then submitted an application for admission pro hac vice. Dkt. No. 106. The application, however, is incomplete because Mahfooz did not fill out Section II, which requires Counsel to provide the name she will use to sign all filings. *Id.* at 1. Thus, the Court orders Mahfooz to amend her application to provide this information.

So ordered on October 1, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE