**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-59-H |

## JOINT STIPULATION

In order to avoid further emergency litigation, the parties hereby jointly stipulate and agree that the Government shall not remove any named plaintiff or member of the putative class under the Alien Enemies Act ("AEA") until the earlier of:

(1) order by the Fifth Circuit and disposition of any petition for a writ of certiorari, if such a writ is timely sought, determining the legality of the AEA Proclamation and its implementation in any case; or

(2) dismissal of this case and the exhaustion of any appeals, including disposition of any petition for a writ of certiorari, if such a writ is timely sought.

The Government may remove the named plaintiffs or putative class members under other lawful authorities.

Dated: October 21, 2026

*/s/ Lee Gelernt*
Lee Gelernt
Daniel Galindo
Kathryn Huddleston
Ashley Gorski
Patrick Toomey
Sidra Mahfooz
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
khuddleston@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org

Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org

Brian Klosterboer
Tx Bar No. 24107833
Thomas Buser-Clancy
Tx Bar No. 24078344
Savannah Kumar
TX Bar No. 24120098
Charelle Lett
Tx Bar No. 24138899
Ashley Harris
Tx Bar No. 24123238

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

MICHAEL VELCHIK
Senior Counsel

AUGUST FLENTJE
Deputy Director
Office of Immigration Litigation

/s/ Nancy N. Safavi
NANCY N. SAFAVI
Senior Trial Attorney
TXBN 24042342

BRIAN V. SCHAEFFER
Trial Attorney

*Attorneys for Respondents-Defendants*

Adriana Piñon
Tx Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
T: (713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclu.org
apinon@aclu.org

*Attorneys for Petitioners-Plaintiffs*