**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 1:25-cv-59-H

**NOTICE REGARDING PETITIONERS-PLAINTIFFS**

Counsel for Petitioners–Plaintiffs (Petitioners) write to provide updated information regarding two petitioners. Petitioner E.A.A. was removed from the United States on September 16, 2026 under immigration authorities. Petitioner T.I.A. was granted asylum by an immigration judge, and the government did not timely pursue its appeal of the immigration judge's decision; the BIA consequently dismissed the government's appeal on October 27, 2026. The grant of asylum is now final, and T.I.A. has been released from custody.

Dated: November 4, 2026

Respectfully submitted,

/s/ *Daniel Galindo*

Daniel Galindo
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

Dated: November 4, 2026

Respectfully submitted,

/s/ *Daniel Galindo*______________
Daniel Galindo