UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

W.M.M., on His Own Behalf and on Behalf of All Others Similarly Situated, et al.,

Petitioners-Plaintiffs,

v.

No. 1:25-CV-059-H

DONALD J. TRUMP, in His Official Capacity as President of the United States, et al.,

Respondents-Defendants.

**ORDER**

Before the Court is the plaintiffs' unopposed motion to substitute Daniel Galindo for Brian Klosterboer as lead counsel for the plaintiffs. Dkt. No. 139. The Court grants the motion. Daniel Galindo is substituted as lead counsel for the plaintiffs. Brian Klosterboer will continue to serve as additional counsel for the plaintiffs. *Id.* at 2.

So ordered on November 5, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE