**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

W.M.M., *et al.*, on their own behalf and on behalf of all others similarly situated,

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 1:25-cv-59-H

**NOTICE OF PETITIONERS-PLAINTIFFS' NAMES**

On November 6, 2026, this Court granted Petitioners-Plaintiffs' ("Petitioners") motion to substitute D.A.A., E.A.A., and T.I.A. as proposed class representatives and denied their motion for leave to proceed under pseudonyms. ECF No. 143. The Court ordered Petitioners to file a notice disclosing their names by November 13, 2026. *Id.* Pursuant to the Court's order, Petitioners provide their full names here:

- D.A.A.: Eduardo Jose Daboin Rall
- E.A.A.: Henderzoht Alejandro Rengifo Palacios
- T.I.A.: Steven Hugo Mijares Rangel

Dated: November 13, 2026

Respectfully submitted,

/s/ Daniel Galindo

Lee Gelernt
Daniel Galindo
Kathryn Huddleston
Ashley Gorski
Patrick Toomey
Sidra Mahfooz
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
khuddleston@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org

Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org

Brian Klosterboer
Tx Bar No. 24107833
Thomas Buser-Clancy
Tx Bar No. 24078344
Savannah Kumar
TX Bar No. 24120098
Charelle Lett
Tx Bar No. 24138899
Ashley Harris
Tx Bar No. 24123238
Adriana Piñon
Tx Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
T: (713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclu.org
apinon@aclu.org

*Attorneys for Petitioners-Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

Dated: November 13, 2026

Respectfully submitted,

/s/ Daniel Galindo

Daniel Galindo